FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 10 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL No. 15-434 MV |
| vs. | ) Count 1: 18 U.S.C. §§ 1153 and 113 (a)(6): Assault Resulting In Serious Bodily Injury; |
| **JULIAN CONCHA,** | ) |
| Defendant. | ) Counts 2 & 3: 18 U.S.C. §§ 1153 and 113(a)(3): Assault with a Dangerous Weapon. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about January 15, 2013, in Indian Country, in Taos County, in the District of New Mexico, the defendant, **JULIAN CONCHA**, an Indian, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

### Count 2

On or about January 15, 2013, in Indian Country, in Taos County, in the District of New Mexico, the defendant, **JULIAN CONCHA**, an Indian, assaulted Jane Doe with a dangerous weapon with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

## Count 3

On or about January 15, 2013, in Indian Country, in Taos County, in the District of New Mexico, the defendant, **JULIAN CONCHA**, an Indian, assaulted John Doe with a dangerous weapon with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
2/10/2015 4/18 PM