FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 1 7 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
) CR No. 15-434 MV
Plaintiff, )
)
vs. )
)
Julian Concha )
)
Defendant. )

MOTION FOR DETENTION HEARING

Pursuant to 18 U.S.C. § 3142(e) and (f), the United States moves the Court to conduct a detention hearing and thereafter order that defendant be detained prior to trial. As grounds for this motion, the United States asserts that the defendant is a flight risk and/or a danger to the community. Pursuant to 18 U.S.C. § 3142(f), the United States requests that the Court continue the detention hearing to a date that is no more than three days following the initial appearance, unless the Court finds good cause for further continuance.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

_/s/ (signed for)_
KIMBERLY A. BRAWLEY
Supervisory Assistant U S Attorney
Post Office Box 607
Albuquerque, NM 87103
(505) 346-7274

2/17/2015