UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No. | 15-434-MV | USA vs. | Concha | |
| Date: | February 10, 2016 | Name of Deft: | Julian Concha | |
| Before the Honorable | | Michael J. Reagan | | |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | 9:45 a.m./ 10:15 a.m. | Total Time in Court (for JS10): | 30 minutes | |
| Clerk: | Linda Romero | Court Reporter: | Susan Sperry | |
| AUSA: | Kristopher Houghton | Defendant's Counsel: | Irma Rivas | |
| Sentencing in: | Santa Fe, New Mexico | Interpreter: | | |
| Probation Officer: | Sandra Day | Sworn? | Yes | No |
| Convicted on: | **X** Plea / Verdict | As to: | **X** Information | Indictment |
| If Plea: | **X** Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | **Counts 1, 2** | |
| If Plea Agreement: | **X** Accepted / Not Accepted / No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 8/6/15 | PSR: | **X** Not Disputed | Disputed |
| PSR: | **X** Court Adopts PSR Findings | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP): 25 months as to Count 1, 12 months as to Count 2, to be run consecutive, for a total term of imprisonment of 37 months

| | | | | |
|---|---|---|---|---|
| Supervised Release: | 3 years each as to Counts 1 and 2, to be run concurrently, for a total term of supervision of 3 years | Probation: | | **X** 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| **X** | Substance abuse treatment program | **X** | Reside residential reentry center up to 6 months |
| | Mental health treatment program | | Register as sex offender |
| **X** | No alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| **X** | No firearms | | Restricted from occupation with access to children |
| **X** | No synthetic or designer drugs | | No loitering within 100 feet of school yards |
| **X** | OTHER: Domestic violence program | | |

| | | | | | |
|---|---|---|---|---|---|
| Fine: | $ | **0** | Restitution: | $ | **0** |
| SPA: | $ | 125 ($100 as to each Count) | Payment Schedule: | **X** Due Imm. | Waived |
| OTHER: | | | | | |

| | | |
|---|---|---|
| | Advised of Right to Appeal | **X** Waived Appeal Rights per Plea Agreement |
| | Held in Custody | **X** Voluntary Surrender – Defendant shall voluntarily surrender to the U.S. Marshal Service by 5:00 p.m. on Tuesday, February 17, 2016. |
| | Recommended place(s) of incarceration: | |
| **X** | Dismissed Counts: | Counts 3-5 to be dismissed by the government. |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| OTHER COMMENTS | Court advises defense counsel that he will not consider the letter received this morning because it was redacted. Defense counsel advises that the author is in the courtroom and will explain the redaction. Government counsel addresses Court and requests the Court accept the 11(c)(1)(C) plea agreement and a term of supervised release of 3 years with the first 6 months being community confinement. Defense counsel addresses Court. Sharon Pomeranz addresses Court on behalf of the defendant. Defendant addresses Court. Court accepts 11(c)(1)(C) plea agreement and imposes sentence. |